■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX VELEZ, Appellant. [975 NYS2d 882]—

Judgment, Supreme Court, Bronx County (Robert E. Torres, J.), rendered November 21, 2008, convicting defendant, after a jury trial, of criminal sale of a controlled substance in or near school grounds, and sentencing him, as a second felony offender, to a term of five years, unanimously affirmed.

The court properly denied defendant's request for a missing witness charge, since there was no evidence that the uncalled officer could have provided material, noncumulative testimony. The trial evidence failed to establish that this officer was in a position to see the transaction (*see People v Dianda*, 70 NY2d 894 [1987]; *People v Brunner*, 67 AD3d 464, 465 [2009], *affd* 16 NY3d 820 [2011]; *compare People v Kitching*, 78 NY2d 532, 538 [1991]). The court accorded defendant sufficient scope in which to comment in summation on this officer's absence, and it properly exercised its discretion in limiting defense arguments on this issue. In any event, we find that any error in the court's denial of a missing witness charge or in its limitations on defendant's summation was harmless (*see People v Thomas*, 21 NY3d 226, 231 [2013]). Concur—Tom, J.P., Friedman, Acosta, Moskowitz and Gische, JJ.